## 57867. WOOD et al. v. THE STATE.

BANKE, Judge.

The judgment of this court reported at 150 Ga. App. 582 (258 SE2d 171) (1979) is hereby vacated in accordance with the opinion of the United States Supreme Court in Wood v. Georgia, —— U. S. —— (101 SC ——, 67 LE2d 220) (1981) and the case is remanded to the trial court for further proceedings consistent with said opinion.

*Judgment vacated and remanded. McMurray, P. J., and Sognier, J., concur.*

DECIDED APRIL 17, 1981.

*Glenn Zell,* for appellants.

*Hinson McAuliffe, Solicitor, Leonard Rhodes, George M. Weaver, Assistant Solicitors,* for appellee.